FAGAIMA AFATIA and MAC MANUMA, Appellants,

v.

FONOTI AUFATA, Appellee

High Court of American Samoa
Appellate Division

AP. NO. 12-86

November 24, 1986

Before REES, Chief Justice, MURPHY, Associate
Justice, KENNEDY*, Acting Associate Justice,
TAUANU'U, Chief Associate Judge, and A'AU,
Associate Judge.

Counsel: For the Appellant, Aviata Fa'alevao
         For the Appellee, Michael Kruse

Per MURPHY, J.:

      This case concerned a land dispute between the
Fonoti family and the Fagaima family. The trial
division of the High Court held for the Fonoti
family. We affirm.

      Appellant raises no legal issues but argues
that the trial court decision was clearly erroneous
in that it "just totally ignored testimonies of
Chief Fagaima himself..." The Fagaima claim was
also supported by testimony of Mac Manuma who has
occupied a portion of the property with the
permission of Fagaima.

      The trial division is free to disbelieve the
testimony of witnesses. In this case there was
substantial reason to disbelieve both Fagaima
Afatia and Mac Manuma. Their self interest is
obvious. Manuma, said the trial court, is selling
off the land. Unless Fagaima wins this case he
could be faced with considerable litigation or
worse.

      On the other hand, the trial court found the
testimony in support of Fonoti both credible and
logical. The conclusions drawn from the facts were
clearly explained by the trial court. That

112

appellant simply disagrees with the trial court does not raise an appealable issue or entitle an appellate tribunal to substitute its findings (even if we were disposed to do so) for trial court findings amply supported by credible evidence.

The standards of appellate review were mentioned at the last session of the Appellate Division in Leomiti v. Pagafie (Mar. 12, 1986) Appellate No. 42-84. Counsel for appellant would be well advised to read that decision.

Judgment AFFIRMED.